UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DANIEL MATTHEIS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C26-5325-SKV<br><br>[~~PROPOSED~~] ORDER |

Based on the parties' agreement and stipulation, and good cause shown, it is hereby ORDERED as follows:

1. Pursuant to sentence four of 42 U.S.C. § 405(g), the above-captioned case is reversed and remanded to the Defendant Commissioner of Social Security for further administrative proceedings and a new decision with respect to Plaintiff/Claimant Daniel Mattheis's application for Supplemental Security Income under Title XVI of the Social Security Act.
2. On remand, the administrative law judge (ALJ) should offer the Claimant the opportunity for a hearing, take further action to complete the administrative record, resolve issues raised as necessary, and issue a new decision.

3. Plaintiff shall be entitled to move for reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED this 28th day of July, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ *Lars J. Nelson*
LARS J. NELSON
Special Assistant United State Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Phone: (206) 615-3717
Fax: (833) 410-1627
Lars.Nelson@ssa.gov